UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-22251

JOSE ERNESTO DOMINGOT, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
LEAL MEDICAL CENTER, LLC; ABC- )
ALYS ADULT DAY CARE CENTERS, )
LLC; JHACNEA P. LEAL; YAIMA )
DELGADO, )
)
        Defendants. )
_____

### STATEMENT OF CLAIM

Comes Now Plaintiff by and through undersigned counsel and hereby files his Statement of Claim in support thereof states as follows:

  A.  **Federal Overtime (Time and a Half Rate)**

| | | |
|---|---|---|
| 1. | Period of Claim: | July 10, 2013 through May 8, 2015: |
| 2. | Weeks: | 95 weeks |
| 3. | Hourly Rate: | $10.00 |
| 4. | Amount of Time and a half per hour not compensated: | $15.00 |
| 5. | Approximate hours worked over 40 per week: | 17.5 |
| 6. | Calculation of overtime wages unpaid and owed: | $15/hr x 17.5/hrs per week x 95wks =   $24,937.50 |
| 7. | *Double Damages:* | $24,937.50 x 2 = **$49,875.50** |

B. **Alternative Claim**

    a. **Federal Overtime (Half Time Rate)**

        1. Period of Claim: July 10, 2013 through May 8, 2015:

        2. Weeks: 95 weeks

        3. Regular hourly rate: $6.95

        4. Total hours worked per week: 57.5

        5. Approximate hours worked over 40 per week: 17.5

        6. Applicable hours wage: $7.25 per hour based on the Federal min. wage

        7. Applicable half-time rate: $3.62

        8. Difference owed to plaintiff: $3.62/hr

        9. Calculation of overtime wages owed: $3.62/hr x 17.5/hrs/wk x 95 weeks = $6,026.50

        10. *Double Damages:* $6,026.50 x 2 = **$12, 053.12**

    b. **Federal Minimum Wage**

        1. Period of Claim: July 10, 2013 through May 8, 2015:

        2. Weeks: 95 weeks

        3. Regular pay rate: $6.95

        4. Total hours per week: 57.5

        5. Hours claimed for minimum wage: 57.5

        6. Applicable Federal Minimum wage: $7.25

        7. Difference owed: $7.25-6.95=.30

        8. Calculation of minimum wage owed: .$.30/hr x 57.5hrs/wks x 95/wks = $1,638.75

        8. Double Damages: $1,638.75 x 2 = **$3,277.50**

Respectfully Submitted,

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

By:__/s/ Steven C. Fraser_____
　　Steven C. Fraser, Esq.
　　Florida Bar Number: 625825

**CERTIFICATE OF SERVICE**

　　I hereby certify that a true and correct copy of Plaintiff's Notice of Appearance was sent via CM/ECF to on this 16th day of June 2015.  As of June 16, 2015 no attorney has made an appearance for Defendants.

By:__/s/Steven C. Fraser_____
　　Steven C. Fraser, Esq.
　　Florida Bar Number: 625825