# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

JOSE ERNESTO DOMINGOT and all others )
similarly situated under 29 U.S.C. 216(b),  )
  )
        Plaintiff,  )
vs.  )  15-CV-22251-KMW
  )
LEAL MEDICAL CENTER, LLC,  )
ABC-ALSY ADULT DAY CARE  )
CENTERS, LLC,  )
JHACNEA P LEAL,  )
YAIMA DELGADO,  )
  )
  )
        Defendants.  )
  )

SERVED
DATE 6/23/2015
TIME 11:05
BY _____ CCR# 549

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
LEAL MEDICAL CENTER, LLC
Registered Agent: Jhacnea P Leal
632 Washington Avenue
Homestead, FL 33030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 15, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

15-22257

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Legal Medical Center LLC
was received by me on *(date)* 6/10/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* J. Pincenzo Legal M , who is
designated by law to accept service of process on behalf of *(name of organization)* Legal
Medical Center LLC on *(date)* 6/23/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 6/23/16

_____
*Server's signature*

Frank Ayllon
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOSE ERNESTO DOMINGOT and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
)
vs. )   15-CV-22251-KMW
)
LEAL MEDICAL CENTER, LLC, )
ABC-ALSY ADULT DAY CARE )
CENTERS, LLC, )
JHACNEA P LEAL, )
YAIMA DELGADO, )
)
)
Defendants. )
_____)

**SUMMONS IN A CIVIL ACTION**

6/23/2015 SERVED
DATE
TIME 11:00
BY G. CER# 743
MARIE MARTIN
AUTH

To: (Defendant's name and address)
ABC-ALSY ADULT DAY CARE CENTERS, LLC
Registered Agent: Yaima Delgado
248 NW 9 Avenue
Homestead, FL 33030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 15, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

3/0

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15- 22251

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ABC - ALSY ADULT DAY CARE Center LLC

was received by me on *(date)* 6/10/15

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Yaima Delgen Mh, who is designated by law to accept service of process on behalf of *(name of organization)* ABC ALSY Adult Day Care Center LLC on *(date)* 6/23/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 6/23/15

_____
Server's signature

Frank Ayllon
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOSE ERNESTO DOMINGOT and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )
) 15-CV-22251-KMW
LEAL MEDICAL CENTER, LLC, )
ABC-ALSY ADULT DAY CARE )
CENTERS, LLC, )
JHACNEA P LEAL, )
YAIMA DELGADO, )
)
)
Defendants. )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JHACNEA P LEAL
632 Washington Avenue
Homestead, FL 33030

DATE 6/23/2015 SERVED
TIME 11:05a
BY [signature]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 15, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-22257

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jitendra P. Lal

was received by me on *(date)* 6/10/15

☒ I personally served the summons on the individual at *(place)* 68 L anchyta ave Hortsley, N on *(date)* 6/23/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 6/23/15

_____
Server's signature

Frank Ayllon
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOSE ERNESTO DOMINGOT and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )   15-CV-22251-KMW
)
LEAL MEDICAL CENTER, LLC, )
ABC-ALSY ADULT DAY CARE )
CENTERS, LLC, )
JHACNEA P LEAL, )
YAIMA DELGADO, )
)
)
Defendants. )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)   /32 Washington
YAIMA DELGADO
248 NW 9 Avenue
Homestead, FL 33030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 15, 2015



**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

15-22257

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* YAIMA DELGADO

was received by me on *(date)* 6/19/15

☒ I personally served the summons on the individual at *(place)* 63 Rancho High

Hensh CR on *(date)* 6/23/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 6/23/15

_____
*Server's signature*

Frank Ayllon
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: