UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE ERNESTO DOMINGOT and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br>vs.<br><br>LEAL MEDICAL CENTER, LLC, *et al.*<br><br>    Defendants. | CASE NO.: 1:15-CV-22251 |

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter will be conducted before Neil Flaxman, Esquire on the 9th day of December 2015 at 9:30 a.m. Said mediation will occur at his offices located at 80 SW 8th Street, Suite 3100, Miami, Florida 33131.

This date shall not be rescheduled without leave of Court. The parties are responsible for ensuring that within seven (7) days following the mediation conference, a mediation report is filed, indicating whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in chambers in Miami, Florida, this 15 day of October, 2015.

                                     KATHLEEN M. WILLIAMS
                                     UNITED STATES DISTRICT JUDGE