UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-CV-22251

JOSE ERNESTO DOMINGOT, LAZARO )
FELIPE RIVERON, and all others similarly )
situated under 29 U.S.C. 216(b), )
)
)
        Plaintiff, )
vs. )
)
)
LEAL MEDICAL CENTER, LLC; ABC- )
ALYS ADULT DAY CARE CENTERS, )
LLC; JHACNEA P. LEAL; YAIMA )
DELGADO; and LEAL PHARMACY, LLC )

        Defendants.
_____

## STATEMENT OF CLAIM

Comes Now Plaintiff, Lazaro Felipe Riveron, by and through undersigned counsel and hereby files his Statement of Claim in support thereof states as follows:

### A.  Federal Overtime (Time and a Half Rate)

| | | |
|---|---|---|
| 1. | Period of Claim: | June 19, 2014 thru August 4, 2015: |
| 2. | Weeks: | 58 weeks |
| 3. | Hourly Rate: | $10.00 |
| 4. | Amount of Time and a half per hour not compensated: | $15.00 |
| 5. | Approximate hours worked over 40 per week: | 20 |
| 6. | Calculation of overtime wages unpaid and owed: | $15/hr x 20/hrs per week x 58wks =    $17,400.00 |
| 7. | *Double Damages:* | $17,400 x 2 = **$34,800.00** |

B.   **Alternative Claim**

    a.   **Federal Overtime (Half Time Rate)**

        1.   Period of Claim:         June 19, 2014 thru August 4, 2015:

        2.   Weeks:                  58 weeks

        3.   Regular hourly rate:    $6.00

        4.   Total hours worked per week:   60

        5.   Approximate hours worked over 40 per week: 20

        6.   Applicable half-time rate:     $3.00

        7.   Calculation of overtime wages owed: $3.00/hr **x** 20/hrs/wk **x** 58 weeks = $3,480.00

        9.   *Double Damages:*       $3,480 x 2 = **$6,960.00**

    b.   **Federal Minimum Wage**

        1.   Period of Claim:        June 19, 2014 thru August 4, 2015:

        2.   Weeks:                  58 weeks

        3.   Regular pay rate:       $6.00

        4.   Total hours per week:   60

        5.   Hours claimed for minimum wage:   60

        6.   Applicable Federal Minimum wage: $7.25

        7.   Difference owed:        $7.25-6.00=$1.25

        8.   Calculation of minimum wage owed:..$1.25/hr x 60/hrs x 58/wks = $4,350.00

        8.   Double Damages:         $4,350.00 x 2 = **$8,700.00**

**C.     Reimbursement of Expenses**

1. Period of Claim:                June 19, 2014 thru August 4, 2015:

2. Weeks:                          58 weeks

3. Amount:                         $40.00 per week on average

4. Type:                           Gas and Tolls

5. Reimbursement Owed:             $2,320.00  ($40 x. 58 weeks)

**D.     Florida Minimum Wage**

**Claim of Lazaro Felipe Riveron:**
**Period Claimed: 6/19/14-12/31/14**
Weeks: **27** weeks (rounded down)
Hours (worked per week:) **60** hours
Minimum wage: $7.93/hr.
Wage paid: $6.00/hr
Wage owed: $1.93/hr
Amount owed: $1.93/hr X 27 weeks X 60 hours = **$ 3,126.60**

**Period Claimed: 1/1/15-8/4/15**
Weeks: **30** weeks
Hours (worked per week:) **60** hours
Minimum wage: $8.05/hr.
Wage paid: $6.00/hr
Wage owed: $2.05/hr
Amount owed: $2.05/hr X 30 weeks X 60 hours = $ 3,690.00

Respectfully Submitted,

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

            By:__/s/ Steven C. Fraser_____
              Steven C. Fraser, Esq.
              Florida Bar Number: 625825

## CERTIFICATE OF SERVICE

  I hereby certify that on December 16, 2015, I electronically filed the foregoing Amended Statement of Claim. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

            __/s/Steven C. Fraser__
            Steven C. Fraser, Esq.
            Fla. Bar No. 625825
            J.H. Zidell, P.A.
            Attorney for Plaintiff
            300 71st Street #605
            Miami Beach, Florida 33141
            Tel: (305) 865-6766
            Fax: (305) 865 – 7167
            Email: steven.fraser.esq@gmail.com

## SERVICE LIST

**Via cm/ECF**

Diane Patricia Perez, Esq.
201 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
(305)985-5676
(305)985-5677
diane@dianeperezlaw.com

Brian Barakat, Esq.
Barakat Law, P.A.
2701 Ponce de Leon Blvd, Suite 202

Coral Gables, Florida 33134
Attorneys for Defendant
Tel: (305) 444-3114
Email: brian@traillawmiami.com


Paul F. Penichet, Esq.
Penichet Law
Attorneys for Defendant
9655 South Dixie Highway, Suite 310
Miami, FL  33156
Tel: (305)373-8809
Fax:
Email: paul@penichetlaw.com