UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-22251

JOSE ERNESTO DOMINGOT, LAZARO FELIPE RIVERON and all other similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

LEAL MEDICAL CENTER, LLC,
ABC-ALSY ADULT DAY CARE CENTERS, LLC, LEAL PHARMACY, LLC,
ABC-ALSY TRANSPORTATION, LLC
JHACNEA P. LEAL, YAIMA DELGADO,
DANIEL OROZCO, and
HENRY MULLALES, SR.

    Defendants.

## NOTICE OF POTENTIAL SCHEDULING CONFLICT

**PLEASE TAKE NOTICE** that the undersigned attorney is set for trial be Judge Stephen Millan on State of Florida v. Bolaños, in the Eleventh Judicial Circuit in and for Miami Dade County Case No. F14-018873 on September 6, 2016. This case was previously set for August 22, 2016. However, upon motion of the State of Florida, it was rolled over for September 6, 2016. Due to Judge Millan's other



2701 Ponce de Leon Blvd., Suite 202, Coral Gables, FL 33134 • Tel: 305-444-3114 • service@triallawmiami.com

scheduling requirements, it is <u>possible</u> that this trial will continue on to the week of September 19, 2016, the date upon which the above captioned trial is set for. Should that occur the undersigned will have no choice but to move for a brief continuance.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via ECM/electronic mail on September 3, 2016 on all counsels of record.

        Respectfully submitted,
        **BARAKAT LAW, P.A.**
        2701 PONCE DE LEON BLVD.,
        SUITE 202
        CORAL GABLES, FLORIDA 33134
        TEL  (305) 444-3114
        FAX  (305) 444-3115

        BY: **s/BRIAN BARAKAT**
        BRIAN BARAKAT
        FLORIDA BAR NUMBER 457220
        brian@triallawmiami.com
        service@triallawmiami.com

*Service List:*
Rivkah Jaff, Esq.
Attorney for Plaintiffs
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
rivkah.jaff@gmail.com

Diane P. Perez, Esq.
Attorney for Defendant, Yaima Delgado
Diane Perez, P.A.
201 Alhambra Circle, Suite 1200
Coral Gables, FL 33134
diane@dianeperezlaw.com



Jorge Luis Fors, Esq.
Attorney for Defendant, Yaima Delgado
Jorge L. Fors, P.A.
1108 Ponce De Leon Boulevard
Coral Gables, FL 33134
Email: info@forslegal.com